IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DAN BENTZINGER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:25-cv-104–WLS** |
| **STATE FARM FIRE AND CASUALTY** : | |
| **COMPANY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

On December 8, 2025, Plaintiff filed a Motion for Leave to Amended Complaint (Doc. 17) ("Motion"). The Motion was filed within the deadline set in the Court's Discovery/Scheduling Order (Doc. 14) for the Parties to file motions to join another party or to amend pleadings. As the Motion is not filed as a consent motion, presumably, the Defendant did not consent to the filing of the Amended Complaint.

Accordingly, on or before close of business on **Tuesday, December 16, 2025**, Defendant may file a response, if any, to the Motion, and the Court will take the Motion under consideration at that time.

**SO ORDERED**, this 9th day of December 2025.

> /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**

1