IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DAN BENTZINGER, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:25-cv-104–WLS** |
| STATE FARM FIRE AND CASUALTY : | |
| COMPANY, : | |
| : | |
| **Defendant.** : | |

## ORDER

By Order (Doc. 22) entered December 16, 2025, Plaintiff's Motion for Leave to Amend Complaint (Doc. 17) ("Motion for Leave") was granted. Plaintiff was given until Tuesday, December 23, 2025, within which to file his amended complaint, a copy of the proposed amended complaint was attached to his Motion for Leave. To date, Plaintiff has failed to formally file a copy of his proposed amended complaint as a separate document in this matter.

Accordingly, on or before **Monday, January 12, 2026**, to perfect filing of his amended complaint and to comply with the Court's December 16, 2025 Order, the Plaintiff shall separately file his amended complaint. Plaintiff's failure to timely do so will result in this case proceeding and going forward on his original Complaint.

**SO ORDERED**, this 5th day of January 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**