**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DAN BENTZINGER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:25-cv-104–WLS** |
| | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Presently before the Court is the Plaintiff's Notice of Settlement (Doc. 40) ("Notice"). Therein, the Plaintiff notified the Court that the above-captioned case has been settled. However, the Notice does not indicate whether settlement documents have been finalized. Nor does it indicate whether the case is to be dismissed or the party or parties responsible for payment of costs.

Accordingly, to ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Thursday, April 23, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Further, as the Plaintiff represents that this case has been settled, Plaintiff's Motion to Compel (Doc. 24) and Defendant's Motion for Summary Judgment (Doc. 30) are **DENIED** as **MOOT, WITHOUT PREJUDICE**.

**SO ORDERED**, this 23rd of March 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1