IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAN BENTZINGER, AN INDIVIDUAL,   \*
                                       \*

     PLAINTIFF,                        \*

                                         \*

v.                                       \*   CIVIL ACTION NO.:
                                       \*   7:25-CV-00104-WLS

STATE FARM FIRE AND CASUALTY   \*
COMPANY, A FOREIGN PROFIT       \*
CORPORATION,                     \*

                                         \*

     DEFENDANT.                     \*

## STIPULATION OF DISMISSAL

COME NOW Dan Bentzinger, plaintiff in the above-styled action, and State Farm Fire and Casualty Company, defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby enter into the following stipulation of dismissal.

1.

On or around March 20, 2026, the parties reached a settlement.

2.

On March 20, 2026, the parties filed a Notice of Settlement with the Court.

3.

The parties have now completed the settlement of this matter.

4.

Therefore, the claims brought by the plaintiff for damages he sustained are hereby dismissed **WITH PREJUDICE**.

-1-

This <u>7th</u> day of <u>May</u>, 2026.

**KAI P. THOMPSON, P.A.**

Address of Counsel:

1600 Ponce De Leon Blvd.
10th Floor #42
Coral Gables, FL 33134
786-778-4986
786-899-2091 Fax
kai@kpt-pa.com
kfranklin@kpt-pa.com

By:  /s/ Kai P. Thompson
     *with expressed permission*
     Kai P. Thompson
     State Bar No.: 971357
     Attorney for Plaintiff

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

P.O. Box 3007
Valdosta, GA  31604
229-242-2520
229-242-5040 Fax
jaysmith@youngthagard.com

BY:  /s/ J. Holder Smith, Jr.
     J. Holder Smith, Jr.
     State Bar No. 661105
     Attorney for Defendant

SO ORDERED this ____ day
of _____, 2026
_____
W. Louis Sands, Sr. Judge
United States District Court

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing, **STIPULATION OF DISMISSAL** upon the following using the CM/ECF system which will send notification of such filing to the following:

> Mr. Kai P. Thompson
> Kai P. Thompson, P.A.
> 1600 Ponce De Leon Blvd.
> 10th Floor #42
> Coral Gables, FL 33134
> kai@kpt-pa.com
> kfranklin@kpt-pa.com

This 7th day of May, 2026.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
jaysmith@youngthagard.com

By: /s/ J. Holder Smith, Jr.
J. Holder Smith, Jr.
State Bar No.: 661105
Attorney for Defendant
State Farm Fire and
Casualty Company

-3-